STATE OF CONNECTICUT *v.* HUBERT J. THOMPSON

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 140 (AC 30423), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*David J. Reich*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided January 19, 2010

EMIL D. ANGHEL *v.* SAINT FRANCIS HOSPITAL AND MEDICAL CENTER

The plaintiff's petition for certification for appeal from the Appellate Court, 118 Conn. App. 139 (AC 30614), is denied.

*Emil D. Anghel*, pro se, in support of the petition.

*Jessica D. Meerbergen*, in opposition.

Decided January 19, 2010